**Order entered July 3, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01177-CR
### No. 05-17-1178-CR

**RAYMON STEFFANI LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-20873-U, F17-00600-U**

## ORDER

The Court **REINSTATES** these appeals.

On June 8, 2018, we abated the appeals and ordered the trial court to make findings regarding why appellant's brief was not timely filed. On July 2, 2018, appellant filed a motion seeking a fourth extension on his brief. On July 3, 2018, counsel tendered a motion to withdraw and supporting *Anders* briefs. Therefore, in the interest of expediting the appeals, we **VACATE** the June 8, 2018 order to the extent it requires findings.

Appellant's July 2, 2018 fourth motion to extend the time for filing appellant's brief is **GRANTED**. We **ORDER** appellant's *Anders* briefs filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE